IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SHAWN T. WINKLER AND ERICA L. WINKLER,<br><br>Plaintiffs,<br><br>v.<br><br>TOMMY PIERCE and EDDY THOMPSON, d/b/a AMERICAN ASPHALT ASSISTANCE,<br><br>Defendants. | Case No. 2:25-cv-2173 |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, defendants Tommy Pierce and Eddy Thompson ("Defendants") hereby remove this action from the District Court of Nemaha County, Kansas to the United States District Court for the District of Kansas.

Removal is proper pursuant to 28 U.S.C. § 1332 due to complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00. Removal is timely pursuant to 28 U.S.C. § 1446, and all other procedural requirements have been satisfied. A copy of all process, pleadings and orders served upon Defendants are attached hereto as Exhibit "A".

By way of further support, Defendants aver:

-1-

## BACKGROUND

Plaintiffs filed their Petition in the District Court of Nemaha County, Kansas on February 28, 2025. Plaintiffs' Petition alleges breach of contract and seeks $86,437.00 in damages. Defendants were served with process in the Kansas action on March 14, 2025.

## BASIS FOR REMOVAL

28 U.S.C. § 1332(a)(1) provides that United States District Courts shall have original jurisdiction over litigation between citizens of different states where the matter in controversy exceeds the sum or value of $75,000.

**A.      Complete Diversity Exists.**

Defendants have identified the citizenship of the Parties as follows:

a. Plaintiff Shawn T. Winkler is a citizen of State the of Kansas.

b. Plaintiff Erica L. Winkler is a citizen of the State of Kansas.

c. Defendant Tommy Pierce is a citizen of the State of Arkansas

d. Defendant Eddy Thompson is a citizen of State the Arkansas.

No plaintiff to this action shares citizenship with any defendant; therefore there is complete diversity of citizenship as required by 28 U.S.C. § 1332(a).

**B.      The Amount in Controversy Exceeds $75,000.**

The Petition filed by Plaintiffs in the District Court of Nemaha County, Kansas prays for relief in the amount of $86,437.00. Therefore, the damages sought by Plaintiffs exceed the jurisdictional minimum of $75,000.00.

## C. Removal is Timely and All Defendants Consent.

Defendants first received a copy of the Petition on March 14, 2025. Therefore, this Notice of Removal is timely-filed, pursuant to 28 U.S.C. § 1446(b)(1).

Less than one year has elapsed since the Petition was filed in the District Court of Nemaha County, Kansas. Therefore, this Notice of Removal is timely-filed, pursuant to § 1446(c)(1).

Defendants have not yet answered the Petition filed in the District Court of Nemaha County, Kansas. No other documents have been filed in the state court action.

All Defendants consent to removal of this action pursuant to 28 U.S.C. § 1446(b)(2)(A).

## D. Venue Is Appropriate.

Venue is proper in the United States District Court for the District of Kansas, because such district embraces Nemaha County, Kansas, where Plaintiffs filed the Petition initiating this cause of action. 28 U.S.C. § 1441(a).

## E. All Procedural Requirements Have Been Met.

Concurrently with the filing of this Notice of Removal in the United States District Court for the District of Kansas, Defendants have provided written notice of this Notice of Removal to all adverse parties and filed a copy with the clerk of the District Court of Nemaha County, Kansas, pursuant to 28 U.S.C. § 1446(d) and Rule

81.1(c) of the Rules of Practice of the United States District Court for the District of Kansas.

Pursuant to Rule 81.1(b)(1) of Rules of Practice of the United States District Court for the District of Kansas, this Notice of Removal has been filed in the record office of the clerk of the Court located at Kansas City.

Pursuant to Rule 81.2 of Rules of Practice of the United States District Court for the District of Kansas, within twenty-one (21) days of the filing of this Notice of Removal, Defendants will file with the clerk of this Court a copy of all records and proceedings had in the state court.

Date: April 3, 2025

Respectfully submitted,

*/s/ Leo B. Oppenheimer*
Leo B. Oppenheimer KS 29424
OPPENHEIMER LAW, LLC
3145 Broadway Blvd.
Kansas City, MO 64111
Tel: (816) 375-6408
Fax: (816) 375-6409
LOppenheimer@Oppenheimer-Law.com

*Attorney for Defendants*

-5-

## **CERTIFICATE OF SERVICE**

      I certify that on April 3, 2025, a copy the above Notice of Removal was served on all parties and counsel of record via email, mail, and State Court CM/ECF system:

Luke S. Sunderland
Sunderland & Mishler Law Offices
920 Main St.
PO Box 283
Sabetha, KS 66534
luke@smlaw-offices.com

                                        */s/ Leo B. Oppenheimer*
                                          Leo B. Oppenheimer