# EXHIBIT A

ELECTRONICALLY FILED
2025 Feb 28 AM 10:53
CLERK OF THE NEMAHA COUNTY DISTRICT COURT
CASE NUMBER: NM-2025-CV-000009
PII COMPLIANT

IN THE DISTRICT COURT OF NEMAHA COUNTY, KANSAS

SHAWN T. WINKLER AND ERICA L. WINKLER,

                    Plaintiffs

vs.                      NM 2025-CV-000___

TOMMY PIERCE and EDDY THOMPSON,
d/b/a AMERICAN ASPHALT ASSISTANCE,

                    Defendants

(Filed Pursuant to K.S.A. Chapter 60)

## PETITION

COME NOW the Plaintiffs, Shawn T. Winkler and Erica L. Winkler, husband and wife, and for their cause of action against the Defendants, allege and state as follows:

1. That Plaintiffs are individuals, husband and wife, whose residence and address is 1791 North 11th Street, Seneca, KS 66434, in Nemaha County.

2. That Defendants, Tommy Pierce and Eddie Thompson, are individuals, d/b/a American Asphalt Assistance, whose business address is located at 12475 Dollarway Road, White Hall, AR 71602, where they may be served with process. Personal Service by the Jefferson County, Arkansas sheriff is hereby requested on Defendants.

3. That Plaintiffs are the owners of record of the premises located in Nemaha County, Kansas, being the Lot 1, in Shawn & Erica Winkler Estate, a subdivision in the Northwest Quarter of Section 27, Township 2 South, Range 12 East of the 6th P.M., Nemaha County, Kansas with a common address of 1791 N. 11th Street, Seneca, KS 66538, referred to hereinafter as "Subject Real Estate".

4. That in the late summer of 2022, the Plaintiffs and Defendants, entered into a verbal contract whereby the Defendants would provide the materials and labor to provide the

Sunderland
& Mishler
Law Offices

920 Main St.
PO Box 283
Sabetha, KS 66534

P: 785.284.2360
F: 785.655.6181

1

Plaintiffs with a three-inch layer asphalt driveway constructed by Plaintiffs on the Subject Real Estate.

5. That parties reached agreement whereby the Plaintiffs would pay to the Defendants the total sum of $35,260.00 by an initial payment of $5,360.00 made on July 5, 2022, for the preparation of the surface and installation of the base layer and a subsequent payment of $29,900.00 for the installation of the finishing layer which was warranted to be at least three inches thick of asphalt.

6. That such agreement included a warranty for labor and material for one year after completion of the project.

7. That work on the project began on July 1, 2022 and was completed on July 19, 2022.

8. That during the work of the project Plaintiffs provided Defendants with 2" PVC pipe to provide access under the asphalt layer for future water sprinkler installation. The installation of the 2" PVC pipe was located at two locations at the roundabout in front of the house and disclosed to Defendants and agreed to by the Defendants prior to their bid.

9. That in November 2022 the Plaintiffs noticed large cracks up to one-inch in width in the asphalt with dirt pushing through the cracks.

10. That Plaintiffs notified Defendants of the cracks to which Defendants responded that they would repair and replace all damaged areas in Summer 2023.

11. That in August 2023, Defendants repaired approximately 45% of the total area of asphalt they originally installed by a process of hot sawing and adding base rock in an attempt to remedy severe cracks, settling, and voids in the asphalt.

**Sunderland & Mishler Law Offices**

920 Main St.
PO Box 283
Sabetha, KS 66534

P: 785.284.2360
F: 785.655.6181

12. That upon completion of the repair, Defendants stated to Plaintiffs that the problem was due to the asphalt being porous allowing water to settle into and through the asphalt and down to the ground making it soft.

13. That Defendants recommended to Plaintiffs the application of an asphalt oil spray seal coat in order to prevent porousness and any additional damage.

14. That Defendants stated to Plaintiffs the asphalt would have a five-year warranty coverage if Plaintiffs made the additional purchase of the asphalt oil spray seal coat.

15. That Defendant purchased the seal coat and warranty for $7,375.00 on August 31, 2023, which the Defendants completed application of on August 31, 2023.

16. That in November 2023, Plaintiffs again noticed that the asphalt was breaking in the areas that were not replaced and that additional cracking was beginning in the repaired areas and notified Defendants who told Plaintiffs that they would honor the warranty and perform the repairs of the asphalt during the summer of 2024.

17. That Plaintiffs notified Defendants of additional damage through photographs on April 30, 2024; and, Defendants told Plaintiffs they would honor the warranty and perform the repairs of the asphalt during the summer of 2024.

18. That after numerous months of attempting to contact Defendants, Plaintiffs were told by Defendants on September 25, 2024, that Defendants would not repair the damaged asphalt nor would they honor the warranty.

19. That Plaintiffs have obtained a bid from Hall Brothers to replace the faulty work of the Defendants and to install the driveway as originally agreed with the Defendants for a cost of $86,437.00. See Exhibit A attached hereto and incorporated by reference.

Sunderland & Mishler Law Offices

920 Main St.
PO Box 283
Sabetha, KS 66534

P: 785.284.2360
F: 785.655.6181

20. Accordingly, based on the Defendants' failure to perform the original contract in a workmanlike manner; to make repairs timely, as promised; and, to honor the five-year warranty, Plaintiffs have suffered damages in the amount of $86,437.00, plus Plaintiffs' reasonable attorney fees based on breach of contract, breach of warranty, and the violation of the Kansas Consumer Protection Act 50-623.

WHEREFORE, Plaintiffs pray judgment against Defendants in the amount of $86,437.00, for their costs, including reasonable attorney fees; and for such further relief as the court may deem proper.

/s/ Luke S. Sunderland
Luke S. Sunderland, #29373
Attorney for Plaintiff

**Sunderland & Mishler Law Offices**

920 Main St.
PO Box 283
Sabetha, KS 66534

P: 785.284.2360
F: 785.655.6181

4

# VERIFICATION

STATE OF KANSAS
COUNTY OF NEMAHA        } ss:

The undersigned, Shawn T. Winkler and Erica L. Winkler, husband and wife, of lawful age, on their oaths allege and state as follows:

That they are the Plaintiffs in the above-named action; that they have read the foregoing Petition and know the contents thereof, and that all of the statements therein made are true and correct to the best of their knowledge and belief.

_____
Shawn T. Winkler

_____
Erica L. Winkler

SUBSCRIBED AND SWORN TO before me on this 28th day of February, 2025.

NOTARY PUBLIC - State of Kansas
ANGELA M. KRAMER
MY APPT. EXPIRES 5/1/26

_____
Notary Public

My Appointment Expires:

5-1-26

Sunderland
& Mishler
Law Offices

920 Main St.
PO Box 283
Sabetha, KS 66534

P: 785.284.2360
F: 785.655.6181

5

ELECTRONICALLY FILED
2025 Mar 04 AM 9:57
CLERK OF THE NEMAHA COUNTY DISTRICT COURT
CASE NUMBER: NM-2025-CV-000009
PII COMPLIANT

IN THE 22nd JUDICIAL DISTRICT
DISTRICT COURT OF NEMAHA COUNTY, KANSAS

Shawn Winkler et. al.,        )
      Plaintiff,        )
V                             )     Case No. NM-2025-CV-000009
Tommy Pierce et. al.,         )
      Defendant.        )

Defendant's Name and Address:
Tommy Pierce
12475 Dollarway Road
White Hall, AR 71602

Proceeding Pursuant to K.S.A. Chapter 60

**SUMMONS**

To: Tommy Pierce
    (Defendant's name)

A civil lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached petition or a motion under K.S.A. 60-212. Under Kansas Supreme Court Rule 113, you may seek from the clerk of the court an extension of up to 14 additional days to serve and to file an answer or a K.S.A. 60-212 motion.

If you fail within 21 days to serve and to file an answer or a K.S.A. 60-212 motion or obtain a Rule 113 extension, the court may enter default judgment against you for the relief demanded in the petition. If you were served outside of Kansas, however, the court may not enter default judgment against you until at least 30 days after service of this summons.

Rev. 12/2022   KSJC

1

The answer or K.S.A. 60-212 motion must be served on the plaintiff's attorney, or the plaintiff if plaintiff has no attorney, at the following address:

Luke Samuel Sunderland
(Attorney's name or Plaintiff's name)

920 Main Street

PO Box 283

Sabetha, KS  66534

(Attorney's address or Plaintiff's address)

You also must file your answer or K.S.A. 60-212 motion with the court.

When you file an answer, you must state as a counterclaim(s) any related claim(s) that you may have against the plaintiff. If you fail to do so, you will thereafter be barred from making such claim(s) in any other action.

Clerk of the District Court.

By Lisa Olberding
Clerk or Deputy

**Documents to be served with the Summons**
PLE: Petition Petition

Rev. 12/2022   KSJC

2

ELECTRONICALLY FILED
2025 Mar 04 AM 9:57
CLERK OF THE NEMAHA COUNTY DISTRICT COURT
CASE NUMBER: NM-2025-CV-000009
PII COMPLIANT

IN THE 22nd JUDICIAL DISTRICT
DISTRICT COURT OF NEMAHA COUNTY, KANSAS

Shawn Winkler et. al.,           )
       Plaintiff,           )
V                                )   Case No. NM-2025-CV-000009
Tommy Pierce et. al.,            )
       Defendant.          )

Defendant's Name and Address:
Tommy Pierce
12475
Dollarway Road
White Jall, AR 71602

Proceeding Pursuant to K.S.A. Chapter 60

## SUMMONS

    To: Tommy Pierce
       (Defendant's name)

A civil lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached petition or a motion under K.S.A. 60-212. Under Kansas Supreme Court Rule 113, you may seek from the clerk of the court an extension of up to 14 additional days to serve and to file an answer or a K.S.A. 60-212 motion.

If you fail within 21 days to serve and to file an answer or a K.S.A. 60-212 motion or obtain a Rule 113 extension, the court may enter default judgment against you for the relief

Rev. 12/2022   KSJC                 1

demanded in the petition. If you were served outside of Kansas, however, the court may not enter default judgment against you until at least 30 days after service of this summons.

The answer or K.S.A. 60-212 motion must be served on the plaintiff's attorney, or the plaintiff if plaintiff has no attorney, at the following address:

<u>Luke Samuel Sunderland</u>
(Attorney's name or Plaintiff's name)

<u>920 Main Street</u>
<u>PO Box 283</u>
<u>Sabetha, KS  66534</u>

(Attorney's address or Plaintiff's address)

You also must file your answer or K.S.A. 60-212 motion with the court.

When you file an answer, you must state as a counterclaim(s) any related claim(s) that you may have against the plaintiff. If you fail to do so, you will thereafter be barred from making such claim(s) in any other action.

Clerk of the District Court.

By <u>Lisa Olberding</u>
Clerk or Deputy

**Documents to be served with the Summons**
PLE: Petition Petition

ELECTRONICALLY FILED
2025 Mar 04 PM 2:22
CLERK OF THE NEMAHA COUNTY DISTRICT COURT
CASE NUMBER: NM-2025-CV-000009
PII COMPLIANT

IN THE 22nd JUDICIAL DISTRICT
DISTRICT COURT OF NEMAHA COUNTY, KANSAS

Shawn Winkler et. al.,            )
      Plaintiff,                    )
V                                 )     Case No. NM-2025-CV-000009
Tommy Pierce et. al.,             )
      Defendant.                    )

Defendant's Name and Address:
Eddy Thompson
12475 Dollarway Road
White Hall, AR 71602

Proceeding Pursuant to K.S.A. Chapter 60

## SUMMONS

To: Eddy Thompson
    (Defendant's name)

A civil lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached petition or a motion under K.S.A. 60-212. Under Kansas Supreme Court Rule 113, you may seek from the clerk of the court an extension of up to 14 additional days to serve and to file an answer or a K.S.A. 60-212 motion.

If you fail within 21 days to serve and to file an answer or a K.S.A. 60-212 motion or obtain a Rule 113 extension, the court may enter default judgment against you for the relief demanded in the petition. If you were served outside of Kansas, however, the court may not enter default judgment against you until at least 30 days after service of this summons.

Rev. 12/2022   KSJC

1

The answer or K.S.A. 60-212 motion must be served on the plaintiff's attorney, or the plaintiff if plaintiff has no attorney, at the following address:

Luke Samuel Sunderland
(Attorney's name or Plaintiff's name)

920 Main Street

PO Box 283

Sabetha, KS  66534

(Attorney's address or Plaintiff's address)

You also must file your answer or K.S.A. 60-212 motion with the court.

When you file an answer, you must state as a counterclaim(s) any related claim(s) that you may have against the plaintiff. If you fail to do so, you will thereafter be barred from making such claim(s) in any other action.

*Lisa Olberding*

Clerk of the District Court.

By Lisa Olberding
Clerk or Deputy

**Documents to be served with the Summons**
PLE: Petition Petition